AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

DAVID JOHN TEECE
                Plaintiff (s),
V.
KUWAIT FINANCE HOUSE (BAHRAIN), et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-3603 JCS

Notice is hereby given that, subject to approval by the court, __Plaintiff, David John Teece__ substitutes
(Party (s) Name)

__Xavier Marc Brandwajn__, State Bar No. __246218__ as counsel of record in
(Name of New Attorney)

place of __Lee Wolosky and Christine Y. Wong of Boies, Schiller & Flexner LLP__ LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | ALSTON & BIRD LLP |
|---|---|
| Address: | 275 Middlefield Road, Suite 150, Menlo Park CA 94025 |
| Telephone: | (650) 838-2000     Facsimile (650) 838-2001 |
| E-Mail (Optional): | xavier.brandwajn@alston.com; kate.smith@alston.com |

I consent to the above substitution.

Date: Sept. 2, 2013

(Signature of Party (s))

I consent to being substituted.

Date: 09/03/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 09/05/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/9/13

Judge Joseph C. Spero
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]