AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

DAVID JOHN TEECE
              Plaintiff(s),

V.

KUWAIT FINANCE HOUSE (BAHRAIN), et al.
              Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-3603 JCS

Notice is hereby given that, subject to approval by the court, Plaintiff, David John Teece substitutes
(Party (s) Name)

Xavier Marc Brandwajn, State Bar No. 246218 as counsel of record in
(Name of New Attorney)

place of Lee Wolosky and Christine Y. Wong of Boies, Schiller & Flexner LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | ALSTON & BIRD LLP |
| Address: | 275 Middlefield Road, Suite 150, Menlo Park CA 94025 |
| Telephone: | (650) 838-2000 Facsimile (650) 838-2001 |
| E-Mail (Optional): | xavier.brandwajn@alston.com; kate.smith@alston.com |

I consent to the above substitution.

Date: Sept. 2, 2013

(Signature of Party (s))

I consent to being substituted.

Date: 09/03/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 09/05/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/9/13

Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]