AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

| DAVID JOHN TEECE | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| KUWAIT FINANCE HOUSE (BAHRAIN), et al. | CASE NUMBER: CV13-3603 JCS |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Plaintiff, David John Teece__ substitutes
(Party (s) Name)

__John Cambria__, State Bar No. __NY Bar #120083__ as counsel of record in
(Name of New Attorney)

place of __Lee Wolosky and Christine Y. Wong of Boies, Schiller & Flexner LLP__ LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | ALSTON & BIRD LLP |
| Address: | 90 Park Avenue, New York, NY 10016 |
| Telephone: | (212) 210-9583 | Facsimile | (210) 210-9444 |
| E-Mail (Optional): | John.Cambria@alston.com |

I consent to the above substitution.

Date: Sept. 2, 2013

(Signature of Party (s))

I consent to being substituted.

Date: 9/3/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/3/13

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 09/12/13

Judge Joseph C. Spero
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]