AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

DAVID JOHN TEECE
 Plaintiff(s),
V.

KUWAIT FINANCE HOUSE (BAHRAIN), et al.
 Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-3603 JCS

Notice is hereby given that, subject to approval by the court, __Plaintiff, David John Teece__ substitutes
(Party (s) Name)

__John Cambria__, State Bar No. __NY Bar #120083__ as counsel of record in
(Name of New Attorney)

place of __Lee Wolosky and Christine Y. Wong of Boies, Schiller & Flexner LLP__ LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | ALSTON & BIRD LLP |
| Address: | 90 Park Avenue, New York, NY 10016 |
| Telephone: | (212) 210-9583   Facsimile (210) 210-9444 |
| E-Mail (Optional): | John.Cambria@alston.com |

I consent to the above substitution.
Date: Sept. 2, 2013

I consent to being substituted.
Date: 9/3/2013

I consent to the above substitution.
Date: 9/3/13

The substitution of attorney is hereby approved and so ORDERED.

Date: 09/12/13

Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]