UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN TEECE,<br><br>    Plaintiff.<br><br>v.<br><br>KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., et al.,<br><br>    Defendants. | Case No. 13-cv-03603-JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 09/25/2013             /s/ Xavier M. Brandwajn
                                                  Signature

Counsel for Plaintiff, David John Teece
(Name or party or indicate "pro se")