**Customer Copy**
Label 11-F, April 2004

EM 674790792 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

ORIGIN (POSTAL SERVICE USE ONLY)
- PO ZIP Code
- Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day
- Postage $
- Date Accepted
- Scheduled Date of Delivery: Month / Day
- Return Receipt Fee $
- Mo. Day Year
- Time Accepted ☐ AM ☐ PM
- Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
- COD Fee $
- Insurance Fee $
- Military: ☐ 2nd Day ☐ 3rd Day
- Total Postage & Fees $
- Flat Rate ☐ or Weight ___ lbs. ___ ozs.
- Int'l Alpha Country Code
- Acceptance Emp. Initials

DELIVERY (POSTAL USE ONLY)
- Delivery Attempt Mo./Day, Time, ☐ AM ☐ PM, Employee Signature
- Delivery Attempt Mo./Day, Time, ☐ AM ☐ PM, Employee Signature
- Delivery Date Mo./Day, Time, ☐ AM ☐ PM, Employee Signature
- ☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.
- NO DELIVERY ☐ Weekend ☐ Holiday
- Customer Signature

CUSTOMER USE ONLY
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE ( 650 ) 838 2000

REFERENCE # 061491-437526
ALSTON & BIRD LLP
275 MIDDLEFIELD RD STE 150
MENLO PARK       CA 94025-4008

**TO:** (PLEASE PRINT) PHONE ( )

Kuwait Finance House (Bahrain) B.S.C.
Bahrain World Trade Center
P.O. Box 2066, Manama
Kingdom of Bahrain

FOR PICKUP OR TRACKING: Visit www.usps.com or Call 1-800-222-1811

EMS

**Customer Copy**
Label 11-F, April 2004

EM 674790832 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
| --- | --- | --- |
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month       Day | $ |
| Mo.   Day   Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted | ☐ Noon   ☐ 3 PM | $ | $ |
| ☐ AM | Military | Total Postage & Fees |
| ☐ PM | ☐ 2nd Day ☐ 3rd Day | $ |
| Flat Rate ☐ or Weight | Int'l Alpha Country Code | Acceptance Emp. Initials |
| lbs.   ozs. | | |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)* **Additional merchandise insurance is void if waiver of signature is requested.** I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday

Customer Signature

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM: (PLEASE PRINT)**    PHONE (650) 838 2000

REFERENCE # D611184-437526
ALSTON & BIRD LLP
275 MIDDLEFIELD RD STE 150
MENLO PARK         CA 94025-4008

**TO: (PLEASE PRINT)**    PHONE (   )

Adnan Malik
Kuwait Finance House (Bahrain) B.S.C.
Bahrain World Trade Center
18th Fl., West Tower, P.O. Box 2066
Manama, Kingdom of Bahrain

FOR PICKUP OR TRACKING: Visit **www.usps.com** or Call 1-800-222-1811

**EMS**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-F, April 2004

Post Office To Addressee

EM 674790846 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
| --- | --- | --- |
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month       Day | $ |
| Mo.  Day  Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted ☐ AM | ☐ Noon  ☐ 3 PM | $ | $ |
| ☐ PM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day  ☐ 3rd Day | $ |
| lbs.   ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM:** (PLEASE PRINT)   PHONE 650 838 2000

REFERENCE # D611511-437526
ALSTON & BIRD LLP
275 MIDDLEFIELD RD STE 150
MENLO PARK       CA 94025-4008

**TO:** (PLEASE PRINT)   PHONE (    )

Abdulhakeem Yaqoob Al-Khayyat
Kuwait Finance House (Bahrain) B.SC
Bahrain World Trade Center
P.O. Box 2066, Manama
Kingdom of Bahrain

FOR PICKUP OR TRACKING: Visit www.usps.com  or  Call 1-800-222-1811   EMS

**Customer Copy**
Label 11-F, April 2004

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

EM 674790801 US

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code | Day of Delivery<br>☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage<br>$ |
| Date Accepted | Scheduled Date of Delivery<br>Month   Day | Return Receipt Fee<br>$ |
| Mo.  Day  Year | Scheduled Time of Delivery<br>☐ Noon  ☐ 3 PM | COD Fee   Insurance Fee<br>$      $ |
| Time Accepted ☐ AM ☐ PM | Military<br>☐ 2nd Day  ☐ 3rd Day | Total Postage & Fees<br>$ |
| Flat Rate ☐ or Weight<br>lbs.   ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt<br>Mo.  Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt<br>Mo.  Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date<br>Mo.  Day | Time | ☐ AM ☐ PM | Employee Signature |

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend  ☐ Holiday

Customer Signature

CUSTOMER USE ONLY
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM:** (PLEASE PRINT)   PHONE ( 650 ) 838 2000

REFERENCE # D61484-137526
ALSTON & BIRD LLP
275 MIDDLEFIELD RD STE 150
MENLO PARK    CA 94025-4008

**TO:** (PLEASE PRINT)   PHONE (   )

Paul Mercer
Kuwait Finance House (Bahrain) B.S.C.
Bahrain World Trade Center
20th Fl., West Tower, P.O. Box 2066
Manama, Kingdom of Bahrain

FOR PICKUP OR TRACKING: Visit www.usps.com  or  Call 1-800-222-1811

EMS

# ALSTON&BIRD LLP

275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008

650-838-2000
Fax: 650-838-2001
www.alston.com

Kate Smith                     Direct Dial: 650-838-2015                    Email: kate.smith@alston.com

October 25, 2013

Doug Merry
Clerk to the Honorable William Alsup
Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102

      Re:    *David John Teece v. Kuwait Finance House (Bahrain) B.S.C., et al.*
             Case No. 13-CV-03603-WHA

Dear Mr. Merry:

      Pursuant to Fed. R. Civ. Proc. 4(f)(2)(C)(ii), which provides for service of a party in a foreign country (non-Hague country, like Bahrain in this instance) by "using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt." Per instructions received yesterday by Rufino Santos, a clerk with the Northern District of California, enclosed are copies of the Complaint, Summons and other documents for service on each named defendant in connection with the above-referenced case, including an addressed, postage-paid envelope for each, with signature confirmation. We have left these envelopes unsealed in case there were any additional things that you need to enclose. If you will please see to it that these get mailed out per the above-reference rule.

      Should you have any questions or concerns regarding this, please feel free to contact me at 650-838-2015.

                                    Sincerely,

                                    ALSTON & BIRD LLP

                                    Kate Smith
                                    Legal Secretary