United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN TEECE,<br><br>    Plaintiff,<br><br>  v.<br><br>KUWAIT FINANCE HOUSE (BAHRAIN) BSC, ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,<br><br>    Defendants.<br>                                     / | No. C 13-03603 WHA<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference to **DECEMBER 5, 2013, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

Plaintiff shall please serve a copy of this order on all defendants.

**IT IS SO ORDERED.**

Dated: October 31, 2013.

                                        WILLIAM ALSUP<br>
                                        UNITED STATES DISTRICT JUDGE