IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

 v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., et al.,

    Defendant.
                                     /

No. C 13-03603 WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Case Management Conference previously set for December 5, 2013 at 11:00 a.m. has been rescheduled for **December 12, 2013 at 11:00 a.m.**, before the Honorable William Alsup. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

    Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 25, 2013

FOR THE COURT,
Richard W. Wieking, Clerk

By:_____
    Dawn Toland
    Deputy Clerk to the
    Honorable William Alsup