United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

  v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,

    Defendants.

No. C 13-03603 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **DECEMBER 26, 2013, AT 11:00 A.M. THIS IS THE SECOND AND LAST CONTINUANCE.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE