MANATT, PHELPS & PHILLIPS, LLP
ANDREW A. BASSAK (Bar No. CA 162440)
E-mail: ABassak@manatt.com
KEVIN P. DWIGHT (Bar No. CA 239476)
E-mail: KDwight@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
KUWAIT FINANCE HOUSE (BAHRAIN) BSC,
ABDULHAKEEM AL-KHAYYAT, ADNAN
MALIK, and PAUL MERCER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID JOHN TEECE,<br><br>    Plaintiff,<br><br>v.<br><br>KUWAIT FINANCE HOUSE (BAHRAIN) BSC, ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,<br><br>    Defendants. | No. C 13-03603 WHA<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, Defendants Kuwait Finance House (Bahrain) BSC ("KFH(B)"), Abdulhakeem Al-Khayyat, Adnan Malik, and Paul Mercer hereby submit the following Certification of Interested Entities or Persons.

    **1.    Kuwait Finance House (Bahrain) BSC**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

311197760.1

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  substantially affected by the outcome of this proceeding: Kuwait Finance House–Kuwait is the
2  parent company of KFH(B).

   **2.    Abdulhakeem Al-Khayyat**

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

   **3.    Adnan Malik**

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

   **4.    Paul Mercer**

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

   Dated: December 20, 2013         MANATT, PHELPS & PHILLIPS, LLP

                                    By:  /s/ *Andrew A. Bassak*
                                        Andrew A. Bassak
                                        Attorneys for Defendants
                                        KUWAIT FINANCE HOUSE (BAHRAIN)
                                        BSC, ABDULHAKEEM AL-KHAYYAT,
                                        ADNAN MALIK, and PAUL MERCER

# PROOF OF SERVICE

I, Breya Nivera, declare as follows:

I am employed in San Francisco County, San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, California 94111. On December 20, 2013, I served the within:

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Xavier Marc Brandwajn<br>Alston & Bird LLP<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025<br>Ph: (650) 838-2000<br>Fax: (650) 838-2001<br>E-mail:<br>xavier.brandwajn@alston.com | John F. Cambria<br>Carolyn O'Leary<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>Ph: (212) 210-9400<br>Fax: (212) 210-9444<br>E-mail: john.cambria@alston.com;<br>Carolyn.OLeary@alston.com |

☒ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, San Francisco, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from my e-mail address, BNivera@manatt.com at Manatt, Phelps & Phillips, LLP, San Francisco, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 20, 2013, at San Francisco, California.

          /s/ Breya Nivera