| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | ANDREW A. BASSAK (Bar No. CA 162440) |
| 2 | E-mail: ABassak@manatt.com |
| | KEVIN P. DWIGHT (Bar No. CA 239476) |
| 3 | E-mail: KDwight@manatt.com |
| | One Embarcadero Center, 30th Floor |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 291-7400 |
| 5 | Facsimile: (415) 291-7474 |
| 6 | Attorneys for Defendants |
| | KUWAIT FINANCE HOUSE (BAHRAIN) BSC, |
| 7 | ABDULHAKEEM AL-KHAYYAT, ADNAN |
| | MALIK, and PAUL MERCER |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID JOHN TEECE, | No. C 13-03603 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF KEVIN P. DWIGHT AS COUNSEL ON BEHALF OF DEFENDANTS KUWAIT FINANCE HOUSE (BAHRAIN) BSC, ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, AND PAUL MERCER** |
| v. | |
| KUWAIT FINANCE HOUSE (BAHRAIN) BSC, ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kevin P. Dwight of Manatt, Phelps & Phillips, LLP hereby enters his appearance as counsel for Defendants Kuwait Finance House (Bahrain) BSC, Abdulhakeem Al-Khayyat, Adnan Malik, and Paul Mercer (collectively, "Defendants"). Mr. Dwight's address, email address, and contact information is as follows:

/ / /

/ / /

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

311201838.1

NOTICE OF APPEARANCE OF
KEVIN P. DWIGHT

Kevin P. Dwight, Esq.
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
kdwight@manatt.com  (Kevin P. Dwight)

Please serve Mr. Dwight with all pleadings and notices in this action.

Dated: December 20, 2013                    MANATT, PHELPS & PHILLIPS, LLP


By:     /s/ *Kevin P. Dwight*
    Kevin P. Dwight
    Attorneys for Defendants
    KUWAIT FINANCE HOUSE (BAHRAIN)
    BSC, ABDULHAKEEM AL-KHAYYAT,
    ADNAN MALIK, and PAUL MERCER

## PROOF OF SERVICE

I, Breya Nivera, declare as follows:

I am employed in San Francisco County, San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, California 94111. On December 20, 2013, I served the within:

**NOTICE OF APPEARANCE OF KEVIN P. DWIGHT AS COUNSEL ON BEHALF OF DEFENDANTS KUWAIT FINANCE HOUSE (BAHRAIN) BSC, ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, AND PAUL MERCER**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Xavier Marc Brandwajn | John F. Cambria |
| Alston & Bird LLP | Carolyn O'Leary |
| 275 Middlefield Road, Suite 150 | Alston & Bird LLP |
| Menlo Park, CA 94025 | 90 Park Avenue |
| Ph: (650) 838-2000 | New York, NY 10016 |
| Fax: (650) 838-2001 | Ph: (212) 210-9400 |
| E-mail: | Fax: (212) 210-9444 |
| xavier.brandwajn@alston.com | E-mail: john.cambria@alston.com; Carolyn.OLeary@alston.com |

☒ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, San Francisco, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from my e-mail address, BNivera@manatt.com at Manatt, Phelps & Phillips, LLP, San Francisco, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 20, 2013, at San Francisco, California.

_____s/Breya Nivera_____