# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  December 26, 2013                             Total Hearing Time: 35 minutes

Case No.  C13-03603 WHA

Title: TEECE v. KUWAIT FINANCE HOUSE

Plaintiff Attorney(s): Xavier Brandwajn

Defense Attorney(s): Andrew Bassak; Philip Person

Deputy Clerk:  Dawn Toland                        Court Reporter: Debra Pas

**PROCEEDINGS**

1)   CMC - HELD

2)   

Initial Disclosures: 2/21/14

Add/Amend: 3/31/4

Discovery Cutoff: 12/19/14

Dispositive Motion: 1/29/15

Continued to   3/18/15 at 2:00 pm   for Pretrial Conference

Continued to   3/23/15 at 7:30 am    for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Beeler for mediation/settlement conference.  By 1/30/14, defendant shall file a motion to dismiss re personal jurisdiction.  Discovery is postponed on the motion.  Any motion to disqualify Judge Alsup must be filed by noon on 1/3/14.