IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

v.

KUWAIT FINANCE HOUSE (BAHRAIN) BSC, *et al.*

    Defendants.

No. C 13-03603 WHA

**ORDER RE MOTION TO DISMISS UNDER 12(b)(6)**

    The scheduling deadlines established in the February 19 order regarding defendants' motion to dismiss for lack of personal jurisdiction shall also apply to defendants' motion to dismiss for failure to state a claim (Dkt. No. 34). Both motions shall be heard on May 29, 2014.

    **IT IS SO ORDERED.**

Dated: February 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE