IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

  v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,

    Defendants.

No. C 13-03603 WHA

**ORDER RE STIPULATION**

On July 3, defendants filed a declaration stating that the parties herein had stipulated to an attorney's fees award in the amount of $229,184.79. In addition to the $229,184.79, defendants requested $3,926.75 in fees for the time spent reviewing plaintiff's filings from June 9 to July 3. That would bring the total award of fees, costs and non-taxable expenses to $233,111.54.

**BY NOON ON WEDNESDAY JULY 9, 2014**, plaintiff must file a response stating whether he stipulates to the total amount of fees, costs and non-taxable expenses requested by defendants.

**IT IS SO ORDERED.**

Dated: July 7, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE