IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,

    Defendants.

No. C 13-03603 WHA

**FURTHER ORDER RE STIPULATION**

    The parties herein shall meet and confer and decide on an amount of attorney's fees and costs for the period of June 9 to July 3 within one week. **BY JULY 17 AT NOON**, defendants will notify the Court whether the parties were able to reach an agreement for the fees owed during the June 9 to July 3 period. If no agreement is reached, the Court may appoint a special master to determine the amount, with the fees of the special master to be allocated as per the rule.

    **IT IS SO ORDERED.**

Dated: July 10, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE