IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,

    Defendants.

No. C 13-03603 WHA

**ORDER GRANTING ATTORNEY'S FEES AND COSTS**

On July 9, plaintiff stipulated under protest to the $218,900.55 in attorney's fees and $10,284.24 in costs sought by defendants (Dkt. No. 77). On July 10, plaintiff additionally stipulated to pay $3,926.75 in attorney's fees for the period of June 9 through July 3 (Dkt. No. 79). Accordingly, plaintiff is **HEREBY ORDERED** to pay defendants a total of $233,111.54 in attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 10, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE