IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

v.

KUWAIT FINANCE HOUSE (BAHRAIN) BSC, *et al.*

    Defendants.

No. C 13-03603 WHA

**ORDER RE SUPERSEDEAS BOND**

Plaintiff moves for approval of a supersedeas bond and to stay the execution of the order granting attorney's fees and costs. Defendants shall have until **THURSDAY, JULY 31, 2014**, to file any opposition.

**IT IS SO ORDERED.**

Dated: July 28, 2014.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE