IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN TEECE,<br><br>    Plaintiff,<br><br>  v.<br><br>KUWAIT FINANCE HOUSE (BAHRAIN) BSC, ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER<br><br>    Defendants. | No. C 13-03603 WHA<br><br>**ORDER TO SHOW CAUSE** |

    The court of appeals affirmed the order granting attorney's fees and costs in this action. The parties are hereby **ORDERED TO SHOW CAUSE**, in writing, by **SEPTEMBER 8 AT NOON**, why the stay of execution of that order should not be lifted. Each side's submission shall **NOT EXCEED FIVE PAGES**. Additionally, the court of appeals ordered that defendants are entitled to an award of their reasonable attorney's fees on appeal and transferred that motion for determination by the undersigned (Dkt. No. 61). An order setting forth the procedure for determining the amount of that award will follow.

    **IT IS SO ORDERED.**

Dated: September 2, 2016.

                                                   WILLIAM ALSUP<br>                                                 UNITED STATES DISTRICT JUDGE