IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,

    Defendants.

No. C 13-03603 WHA

**REQUEST FOR RESPONSE**

By **DECEMBER 8 AT NOON**, defendant Kuwait Finance House (Bahrain) BSC shall reply to plaintiff's opposition to its motion to strike.

**IT IS SO ORDERED.**

Dated: December 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE