IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN TEECE,<br><br>Plaintiff,<br><br>v.<br><br>KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,<br><br>Defendants.<br>_____ / | No. C 13-3603 WHA<br><br>**ORDER APPOINTING THE HONORABLE RICHARD KRAMER (RETIRED) AS SPECIAL MASTER** |

1. **THE HONORABLE RICHARD KRAMER (RETIRED) IS HEREBY APPOINTED AS A SPECIAL MASTER** to determine the reasonable amount of attorney's fees to which defendants are entitled under the prior order granting in part their motion for fees and the subsequent award of fees on appeal (Dkt. Nos. 67, 80, 95). He shall have all powers set forth in Rule 53(c) with respect to this dispute but shall not revisit prior rulings in this case.

2. The procedure set forth in the prior order dated September 2, 2016 (Dkt. No. 98), to which neither party objected, is incorporated into and deemed a part of this order. By **MAY 8**, the parties shall provide the special master with copies of all documents relevant to this dispute in a tabbed binder sent by mail, along with electronic text-searchable copies of all such documents.

3. By **JULY 13**, the special master shall file a written report and recommendation that includes his proposed findings, the recommended award of attorney's fees, and the

recommended allocation of the special master's fees among the parties. Any objections to or motions regarding the special master's report and recommendation must be filed by **JULY 26 AT NOON**, to be heard on the normal 35-day track, and shall not exceed **TEN PAGES** in length. The response to any such objection or motion shall be due **SEVEN DAYS** from the filing thereof and shall also not exceed **TEN PAGES** in length. No reply briefing, please.

    4. The Court will then review and consider any timely objections to or motions regarding the special master's report and recommendation pursuant to Rule 53(f). An order on this dispute over attorney's fees will follow.

    5. Ex parte communications with the special master should be avoided if possible. Any objection to an ex parte communication or motion to disqualify must be filed within **SEVEN CALENDAR DAYS** of discovery.

    6. Any proposed modification to this order must be promptly raised in a joint letter brief, not to exceed **THREE PAGES** in length, to be filed only after the parties have met and conferred — either in person or telephonically — under the special master's supervision.

    7. Judge Kramer's request for a waiver of PACER fees is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 1, 2017.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE