IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,

    Defendants.

No. C 13-03603 WHA

**ORDER GRANTING STIPULATION TO CONTINUE DATE FOR REPORT AND RECOMMENDATION**

The deadline for the Special Master to file a written report and recommendation shall be continued from **JULY 13, 2017** to **AUGUST 11, 2017**. Any objections to the report and recommendation shall be filed by **AUGUST 24 AT NOON**, to be heard on the normal 35-day track and shall not exceed **TEN PAGES** in length. The response to to any such objection or motion shall be due **SEVEN DAYS** from the filing thereof and shall also not exceed **TEN PAGES** in length. No further extensions will be allowed.

**IT IS SO ORDERED.**

Dated: June 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE