IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHN TEECE,

    Plaintiff,

  v.

KUWAIT FINANCE HOUSE (BAHRAIN) B.S.C., ABDULHAKEEM AL-KHAYYAT, ADNAN MALIK, and PAUL MERCER,

    Defendants.

No. C 13-03603 WHA

**ORDER RE STIPULATION OF DISMISSAL**

Yesterday, the judge in this case received a letter from JAMS, which appended a special master's report by Judge Richard Kramer who was appointed to resolve an attorney's fee dispute at the request of the parties. On the same day, the Court received a stipulation of dismissal with prejudice of all claims in this suit. Counsel for both sides shall immediately inform the undersigned judge whether Judge Kramer has been paid in full and whether, if so, there is any further loose end to tie before closing the file. The Court hereby retains jurisdiction to resolve the above issues.

**IT IS SO ORDERED.**

Dated: August 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE